

# NUMBER 13-23-00019-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE MATTER OF THE MARRIAGE OF
## MARIA MARGARITA CAVAZOS ALANIS AND RUBEN ALANIS

---

### On appeal from the County Court at Law No. 7
### of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Tijerina, Silva, and Peña
### Memorandum Opinion by Justice Peña

This matter is before the Court on appellant's unopposed motion to dismiss. The parties have settled all issues before the trial court and appellant requests dismissal.

The Court, having considered appellant's unopposed motion, is of the opinion that the unopposed motion should be granted. *See* TEX. R. APP. P. 42.1(a)(2). The motion to dismiss is granted, and the appeal is hereby dismissed.

Costs are taxed against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

L. ARON PEÑA JR.<br>
Justice

Delivered and filed on the
29th day of June, 2023.